JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MARIA HERNANDEZ, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AEROTEK, INC.; a corporation; ALLEGIS GROUP, INC.; a corporation; FOREVER 21, INC.; a corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No.: CV 20-10371-DMG (Ex)<br><br>**ORDER RE STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [19]** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND IS HEREBY DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

DATED: May 11, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1